# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ERIK HENNE, Derivatively on Behalf of Nominal Defendant DIGITAL RIVER, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JOEL A. RONNING, CARTER D. HICKS, GARY V. HOWORKA, JAY A. KERUTIS, ROBERT E. STRAWMAN, PERRY W. STEINER, GREGORY R. L. SMITH, KELLY J. WICAL, THOMAS F. MADISON, J. PAUL THORIN, WILLIAM J. LANSING, FREDERIC M. SEEGAL and TIMOTHY C. CHOATE,<br><br>    Defendants,<br><br>and<br><br>DIGITAL RIVER, INC.,<br><br>    Nominal Defendant. | No. 06-CV-04372 RHK/AJB<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that Plaintiffs' motion to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 23.1 and 41(a)(1) is GRANTED, and this action is hereby DISMISSED WITHOUT PREJUDICE.

Dated:  1/3 , 2007

                s/Richard H. Kyle
                Richard H. Kyle
                JUDGE, UNITED STATES DISTRICT COURT